FILE COPY

**Order filed, August 14, 2019.**



In The

# Court of Appeals
## For The
# First District of Texas

———————————

### NO. 01-19-00464-CR

**STEVEN WAYNE MCDOWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 253rd District Court
Chambers County, Texas
Trial Court Case 19DCR0213**

---

## ORDER

The reporter's record in this case was due 08/12/2019.  *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM